UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE | § | |
| | § | CIVIL ACTION NO. 4:21-cv-1133 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| BALCOR SHEPHERD, LLC | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: April 23, 2021          Respectfully,

                    By:   */s/ R. Bruce Tharpe*
                          R. Bruce Tharpe

                          **LAW OFFICE OF**
                          **R. BRUCE THARPE, PLLC**
                          PO Box 101
                          Olmito, TX 78575
                          (956) 255-5111 (Tel)

                          ATTORNEY OF RECORD FOR
                          PLAINTIFF JOSH LIMAS

### CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 04/23/2021.

                          */s/ R. Bruce Tharpe*
                          R. Bruce Tharpe